No. 86–5509.  WOODS *v.* KEEBLER CO.  Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.  Treating the papers

whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.